

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-20-00124-CV

Billy **STONE** dba Stobil Enterprise and All Occupants,
Appellants

v.

**K CLARK PROPERTY MANAGEMENT LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00366
Honorable J. Frank Davis, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, K Clark Property Management LLC's motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that no costs be assessed against appellants Billy Stone dba Stobil Enterprise and All Occupants because they are indigent.

It is so **ORDERED** on May 6, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_____
Michael A. Cruz, Clerk of Court